```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07860
   DAVID J ALTEPETER
   PATRICIA A ALTEPETER                         CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-0957     SSN XXX-XX-9337

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/05/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  38.36%.

     The case was paid in full 02/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
WEST SURBURBAN BANK          SECURED             6809.20       136.97        6809.20
WEST SURBURBAN BANK          COST OF COLLE        504.00          .00         504.00
RESURGENT CAPITAL SERVIC     UNSECURED          19317.80          .00        7409.54
ECAST SETTLEMENT CORP        UNSECURED           5905.63          .00        2265.16
BANK ONE                     UNSECURED         NOT FILED          .00             .00
BANK ONE DELAWARE            UNSECURED OTH       1255.83          .00         481.28
ECAST SETTLEMENT CORP        UNSECURED OTH       1104.17          .00         423.16
SMC                          UNSECURED OTH        252.86          .00          96.91
ECAST SETTLEMENT CORP        UNSECURED OTH       2263.34          .00         867.40
RESURGENT CAPITAL SERVIC     UNSECURED          20522.42          .00        7871.58
RESURGENT CAPITAL SERVIC     UNSECURED           7930.02          .00        3041.64
ECAST SETTLEMENT CORP        UNSECURED OTH       2583.21          .00         989.99
DISCOVER FINANCIAL SERVI     UNSECURED OTH       3253.19          .00        1250.95
HELEN WEISS                  UNSECURED          10000.00          .00        3835.60
CITI CARDS                   UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP        UNSECURED OTH        549.44          .00         210.57
JOANN GUNDERSON              UNSECURED         100102.29          .00       38395.23
KOHLS                        UNSECURED OTH         68.92          .00          26.41
ECAST SETTLEMENT CORP        UNSECURED          14553.10          .00        5581.99
MBNA AMERICA                 UNSECURED         NOT FILED          .00             .00
WALLACE & DEMAYO             UNSECURED         NOT FILED          .00             .00
SEARS CARD                   UNSECURED         NOT FILED          .00             .00
ROUNDUP FUNDING LLC          UNSECURED           8367.21          .00        3209.33
THERESA TALOFF               UNSECURED           6000.00          .00        2301.36
WORLD FINANCIAL NETWORK      UNSECURED OTH        440.42          .00         168.79
CHASE BANK                   UNSECURED OTH       1431.22          .00         548.50
JP MORGAN CHASE BANK NA      UNSECURED           4580.34          .00        1756.84
ECAST SETTLEMENT CORP        SECURED NOT I        265.00          .00             .00
CHARLES R WOLF & ASSOC       DEBTOR ATTY        1,700.00                    1,700.00
TOM VAUGHN                   TRUSTEE                                        5,193.60
DEBTOR REFUND                REFUND                                             1.11


                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 07860 DAVID J ALTEPETER & PATRICIA A ALTEPETER
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     95,077.11

PRIORITY                                                  .00
SECURED                                              7,313.20
    INTEREST                                           136.97
UNSECURED                                           80,732.23
ADMINISTRATIVE                                       1,700.00
TRUSTEE COMPENSATION                                 5,193.60
DEBTOR REFUND                                            1.11
                           ---------------      ---------------
TOTALS                      95,077.11                95,077.11
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 05/28/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE